

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Janet Renee Walker, Appellant

No. 06-13-00134-CR        v.

The State of Texas, Appellee

Appeal from the 6th District Court of Lamar County, Texas (Tr. Ct. No. 24969). Opinion delivered by Justice Carter, Chief Justice Morriss and Justice Moseley participating.

 

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of jurisdiction. Therefore, we dismiss the appeal.

We note that the appellant, Janet Renee Walker, has adequately indicated her inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JULY 26, 2013
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk